FILED
2018 Jun-25 PM 04:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CLARE THOMAS,** | } |
| **Plaintiff,** | } |
| v. | } Case No.:  2:18-cv-00468-RDP |
| **T-MOBILE USA, INC., et al.,** | } |
| **Defendants.** | } |

## ORDER

Before the court is a Motion for Admission *Pro Hac Vice* filed on behalf of attorney Archibald M. Smith, IV (Doc. # 12).  The Motion is **CONDITIONALLY GRANTED**.

**On or before July 2, 2018**, Attorney Smith **SHALL:**

1. Certify to the court that he has read and understands:

    (a) any local rules applicable in this District;

    (b) the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, which can be accessed at:

    https://www.alabar.org/membership/code-of-professional-courtesy/, https://www.alabar.org/membership/lawyers-creed/; and

    (c) this court's CM/ECF requirements.

2. Pay the $50 PHV fee.

Failure to submit the above items will result in vacatur of the conditional grant of the motion.

**DONE** and **ORDERED** this June 25, 2018.

                                        _____
                                        **R. DAVID PROCTOR**
                                        UNITED STATES DISTRICT JUDGE