UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CLARE THOMAS,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:18-CV-468-RDP |
| **T-MOBILE USA, INC., et al.,** | } |
| Defendants. | } |

**ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE**

This case is **SET** for a Rule 16(b) scheduling conference at **2:30 p.m.** on **Monday, July 23, 2018**, in chambers of the undersigned located at the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Room 730, Birmingham, Alabama.

**DONE** and **ORDERED** this July 13, 2018.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE