# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CLARE THOMAS,<br><br>          Plaintiff,<br><br>v.<br><br>T-MOBILE, USA, INC., et al.<br><br>          Defendants. | **Case No.**<br>2:18-cv-00468-RDP |

## Notice of Appearance

The undersigned, Keith T. Belt, Jr., of Belt & Bruner, P.C., hereby notifies the Court of his appearance as additional counsel of record in the above-styled case on behalf of Plaintiff Clare Thomas.

Dated this 20th day of July, 2018.

                                        /s/ Keith T. Belt, Jr.
                                        Keith T. Belt, Jr. (ASB-6843-T79K)

**Of Counsel**
Belt & Bruner, P.C.
880 Montclair Road, Suite 300
Birmingham, AL 35213
(205) 933-1500
f (205) 933-5500
keithb@beltlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. In the event that the CM/ECF system does not send notification of such filing to the following, undersigned counsel will serve the following via U.S. Mail.

**Counsel for Defendants T-Mobile USA Inc & Stephanie Hart**

Arnold William Umbach, III
Breanna Harris Young
Starnes Davis Florie LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6000
f (205) 868-6099