# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

Clare Thomas

_____,
*Plaintiff,*

v.

T-Mobile, USA, INC.

_____,
*Defendant.*

}
}
}
}
}
}
}
}
}
}

**Summons**
(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)

Civil Action Number:

2:18-cv-00468-JHE

## SUMMONS IN A CIVIL CASE

**TO:** *(Defendant's name and address)*

T-Mobile, USA, INC.
641 South Lawrence Street
Montgomery, Alabama 36104

**NOTE:** A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the pro se plaintiff, whose name and address are:

Clare Thomas
4537 Guilford Circle
Birmingham, Alabama 35242

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

DATE: **MAR 26 2018**

SEE REVERSE SIDE FOR RETURN

SHARON N. HARRIS, CLERK

By: *Angela Day*
Deputy Clerk

(SEAL OF THE COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN OF SERVICE OF SUMMONS

I hereby certify and return that on the __24th__ day of __April__, 20__18__, I served this summons together with the complaint as follows:

☐ By personal service on the defendant at: _____

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☒ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity, and address of person served.)
__Jonica Spikes - Receptionist at 641 S. Lawrence St. Montgomery, AL. 36104__

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

__4/24/18__  
Date

__Teresa Ann Smith__  
Authorized or Specially Appointed Process Server  
Teresa Ann Smith

AlaServe Attorney Services, LLC  
100 Century Park South Ste 120  
Birmingham, AL 35226  
855-273-7831  
alaserve@mlqas.com

Costs of Service:   Service fee:                         $_____
                    Expenses:_____miles @ _____ cents    $_____
                                               Total     $_____